IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Talmadge Keown,<br><br>        Plaintiff,<br><br>vs.<br><br>The CBE Group, Inc.<br><br>        Defendant. | NO. 4:14 – cv – 00024-RP-RAW<br><br><br><br><br>REVISED VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff, Talmadge Keown, requests all claims raised or that could have been raised in this action against Defendant, NCC The CBE Group, Inc., are hereby dismissed with prejudice as the parties have reached a settlement agreement. Each party will bear its own costs and attorney fees.


   /s/ L. Ashley Zubal
L. Ashley Zubal     AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF

Justin A. Comer
CBE Companies
1309 Technology Parkway
Cedar Falls, IA 50613
(319) 833-1206
jacomer@cbecompanies.com


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 17th day of March, 2014, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.